01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08   SEAN RUSSELL FOSTER,              )   CASE NO. C07-0847-RSL-MAT
                                       )
09          Petitioner,                )
                                       )
10          v.                         )   REPORT AND RECOMMENDATION
                                       )
11   ROBERT J. PALMQUIST, et al.,      )
                                       )
12          Respondents.               )
     _____  )

13

14          Petitioner is a federal prisoner who is currently incarcerated at the Federal Detention

15   Center at SeaTac, Washington.  He is serving a ten-month sentence following his conviction for

16   possession of a firearm as a person under a restraining order, in violation of 18 U.S.C. §

17   922(g)(8).  (Dkt. #9 at 2).  Petitioner has filed a federal habeas petition pursuant to 28 U.S.C. §

18   2241 (Dkt. #3) in which he challenges the validity of the regulation issued by the federal Bureau

19   of Prisons ("BOP") which categorically limits the class of prisoners eligible for release to

20   community confinement based on the amount of time the prisoner has left to serve.  In *Pankratz*

21   *v. Palmquist*, Case No. C06-1328-RSL, the District Court found that this regulation, 28 C.F.R.

22   § 570.21 ("the regulation"), which limits the amount of time an inmate may spend in community

REPORT AND RECOMMENDATION
PAGE -1

01  confinement to 10% of the inmate's sentence, was invalid because it exceeded the authority

02  granted to the BOP under 18 U.S.C. § 3621(b).

03         Respondents have filed a response (Dkt. #9) in which they adopt the same legal arguments

04  presented in *Pankratz.* (Dkt. #9 at 2).  The Court sees no basis on which to distinguish the present

05  case from *Pankratz* and, accordingly, recommends granting the same relief afforded in *Pankratz*:

06  that BOP be directed to review petitioner's case under the factors outlined in 18 U.S.C. § 3621(b),

07  without regard to the time limits set forth in the regulation.  A proposed Order is attached.[1]

08         DATED this 29th day of June, 2007.

09

10                                                      Mary Alice Theiler
                                                        United States Magistrate Judge

11

12

13

14

15

16

17

18

19        [1] Because respondents state in their response that they waive any objections to this Report
    and Recommendation and also the time period for such objections (Dkt. #9 at 2), the Clerk shall
20  NOTE this Report and Recommendation for consideration on the day that it is filed.  The Court
    notes that this waiver should not be deemed a waiver of respondents' right to appeal this Order.
21  *See Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other
    grounds, United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc).

22

REPORT AND RECOMMENDATION
PAGE -2