UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEAN RUSSELL FOSTER, ) | CASE NO. C07-0847-RSL |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER GRANTING PETITION FOR |
| ) | WRIT OF HABEAS CORPUS |
| ROBERT J. PALMQUIST, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

The Court, having reviewed the Petition for Writ of Habeas Corpus, respondents's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation;

(2) The Petition for Writ of Habeas Corpus (Dkt. #3) is GRANTED;

(3) Within 14 days of this Order, the Bureau of Prisons is directed to reconsider petitioner's case based upon the factors outlined in 18 U.S.C. § 3621(b), without regard to the time limits set forth in 28 C.F.R. § 570.21;

/ / /

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -1

01  (4)  The Clerk shall send a copy of this Order to all counsel of record, and to Judge

02  Theiler.

03  DATED this 9th day of July, 2007.

*MW S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE -2